# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                        CRIMINAL NO. 2004-10262-DPW

ROBERT D'ANDREA,
DEBRA D'ANDREA,
    Defendants.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on November 23, 2004; counsel for the defendants were present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1) No.

(2) The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than thirty (30) working days before trial;* the

  defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than fifteen (15) working days before trial.*

(3) No.

(4) Counsel shall be prepared to notify the Court as to whether any non-discovery type motions will be filed at the Final Status Conference.

(5) *See* Order of Excludable Delay entered this date.

(6) A trial will probably be necessary as to one or more of the defendants and would take seven (7) trial days.

(7) The Final Status Conference is set for **Thursday, January 20, 2005 at 12 Noon.**

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1) *See* ¶¶ (1)-(4), *supra*.

(2) It does not.

(3) None.

(4) *See* Order of Excludable Delay entered this date.

(5) Not applicable.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

November 23, 2004.