# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                CRIMINAL NO. 2004-10262-DPW

ROBERT D'ANDREA,
DEBRA D'ANDREA,
       Defendants.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

8/26/2004 - Indictment returned.

9/29/2004 - Initial Appearance.

9/29 - 10/12/2004 -   Continuances granted so that the defendants might obtain separate counsel. I find that the ends of justice served by granting the continuances outweigh the interest of the public and the defendants in a speedy trial.

10/13/2005 - Arraignment

10/14 - 11/10/2004 - Excluded as per L.R. 112.2(A)(2)

11/23/2004 - Conference held.

11/24/2005 - 1/12/2005 -   Continuance granted so that the defendants' counsel may review the Government's discovery. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of January 12, 200004, TWELVE (12) non-excludable days will have occurred leaving FIFTY-EIGHT (58) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

November 23, 2004.