UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL CASE NO. 2004-10262-DPW

V.

ROBERT D'ANDREA,
DEBRA D'ANDREA,
        Defendants

## NOTICE OF RESCHEDULED FINAL STATUS CONFERENCE

PLEASE TAKE NOTICE that the Final Status Conference in above-entitled case has been rescheduled for January 20, 2005 at <u>3:15 P.M.</u> before Magistrate Judge Robert B. Collings in Courtroom # 14 on the 5th floor.

        TONY ANASTAS
        CLERK OF COURT

By:    /s/ Noreen A. Russo
        Noreen A. Russo, Deputy Clerk
        To the Honorable Robert B. Collings

DATE: December 16, 2004

Notice mailed to:

**George C. McMahon**
Law Offices of George C. McMahon
308 Victory Road
North Quincy, MA 02171

**Raymond E. Gillespie, Esq.**
875 Massachusetts Avenue
Suite 32
Cambridge, MA 02139

N:\notice.wpd