# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                  CRIMINAL NO. 2004-10262-DPW

ROBERT D'ANDREA,
DEBRA A. D'ANDREA,
       Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

1/20/2005 - Conference held.

Thus, as of January 20, 2005, NINETEEN (19) non-excludable days have occurred leaving FIFTY-ONE (51) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                              */s/ Robert B. Collings*
                              ROBERT B. COLLINGS

January 24, 2005.            United States Magistrate Judge