UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ROBERT D'ANDREA and<br>DEBRA D'ANDREA<br>    Defendant. | )<br>)<br>) CRIMINAL NO.<br>) 04-10262-DPW<br>)<br>)<br>)<br>) |

**ORDER AND NOTICE OF SCHEDULING TIME OF RULE 11 HEARING**

WOODLOCK, District Judge

    Take notice that the above-entitled case has been scheduled for a Rule 11 hearing at **2:00 P.M. ON MAY 20, 2005**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock.

    The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights.  The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea. It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

                                                 BY THE COURT,
                                                 /s/ Michelle Rynne
DATE: May 18, 2005                              Deputy Clerk