UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10262-DPW |
| v. ) | |
| ) | |
| ROBERT D'ANDREA and ) | |
| DEBRA D'ANDREA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**GOVERNMENT'S NOTIFICATION REGARDING RULE 11 HEARING
AND POST-PLEA RELEASE CONDITIONS**

Pursuant to the Court's Order dated May 18, 2005, the United States hereby notifies the Court that the parties do not have a written plea agreement. Undersigned counsel is informed that the defendants intend to plead "straight up" to the indictment.

The government further advises that it will not be seeking the detention of either defendant following entry of their respective pleas.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:   **/s/ Michael J. Pineault**
       Michael J. Pineault
       Assistant U.S. Attorney
       U.S. Attorney's Office
       U.S. Courthouse, Suite 9200
       1 Courthouse Way
       Boston, MA 02210

Dated: May 19, 2005