UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10262-DPW |
| ROBERT D'ANDREA | ) ) | |
| Defendant. | ) ) | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUSPEND SURRENDER DATE

If the Court deems it appropriate, the United States does not object to defendant Robert D'Andrea's request that his July 21, 2006 surrender date be continued by three months.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ **Michael J. Pineault**
Michael J. Pineault
Assistant U.S. Attorney
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
Dated: July 20, 2006                     (617) 748-3261

### CERTIFICATE OF SERVICE

This is to certify that I have this day caused a copy of the foregoing document to be served by first class mail on Robert D'Andrea, pro se, at 191 Circuit Avenue, Weymouth, MA 02188.

**/s/ Michael J. Pineault**
Michael J. Pineault
Assistant U.S. Attorney