UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.    ) | **CRIMINAL NO.04-10262-DPW** |
| ) | |
| **ROBERT D'ANDREA** ) | |

### SECOND ORDER EXTENDING DATE FOR SELF SURRENDER

The motion of the defendant ROBERT D'ANDREA to extend the date by which he must self surrender to the Bureau of Prisons is Allowed.

The defendant ROBERT D'ANDREA is ORDERED to report to the facility designated by the Bureau of Prisons by no later than <u>2:00 P.M. on JANUARY 19, 2007.</u>

**DAT: October 18, 2006**     /s/ Douglas P. Woodlock
**DOUGLAS P. WOODLOCK**
**UNITED STATES DISTRICT JUDGE**